```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION
```

SHERRY HUBER,                       )
                                    )
            Plaintiff,              )
                                    )
      vs.                           )     No. 4:06-CV-1217 CEJ
                                    )
ORTHO-MCNEIL PHARMACEUTICAL,        )
INC., et al.,                       )
                                    )
            Defendants.             )

## ORDER

**IT IS HEREBY ORDERED** that the Rule 16 Scheduling Conference set for Thursday, October 19, 2006 is **cancelled**.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 16th day of October, 2006.